## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| AMINA MAISONET,<br>and YUSEF MAISONET, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| vs. | ) | CIVIL ACTION NO. 13-0502-CG-N |
| | )<br>) | |
| PFIZER INC., | )<br>) | |
| Defendant. | ) | |
| ANNE G. TAYLOR,<br>and LOWELL TAYLOR, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| vs. | ) | CIVIL ACTION NO. 13-0503-CG-N |
| | )<br>) | |
| PFIZER INC., | )<br>) | |
| Defendant. | ) | |
| JANNIE MITCHELL ROBINSON, | )<br>) | |
| Plaintiff, | )<br>) | |
| vs. | ) | CIVIL ACTION NO. 13-0504-CG-N |
| | )<br>) | |
| PFIZER INC., | )<br>) | |
| Defendant. | ) | |

## ORDER

This cause is before the court on the Joint Motion to Stay Proceedings, to which the parties attached a copy of the Judicial Panel on Multi-District Litigation's ("JPML") Conditional Transfer Order (CTO-1), conditionally transferring a number

of actions from various districts, including the above-styled cases, to the District of South Carolina for inclusion in the Lipitor (Atorvastatin Calcium) Marketing, Sales Practices and Products Liability Litigation (No. II), MDL No. 2502.

Upon due consideration, the motion is hereby **GRANTED**, and all proceedings in the above-styled actions, including the deadline for filing the Rule 26(f) report, are **STAYED** pending receipt of the JPML's confirmation of its order transferring this action to the District of South Carolina.

**DONE and ORDERED** this 25th day of February, 2014.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE